**No. 55886.**—Louis Friedman *v.* United States, protests 141387–K, etc. (New York).

Opinion by LAWRENCE, J.   It was stipulated that the items of merchandise marked "A" or "B" on the invoices consist of watch movements, similar in all material respects to those which were the subject of *United States* v. *Helbros Watch Co. et al.* (38 C. C. P. A. 1, C. A. D. 430).   Upon the agreed statement of facts and the cited authority, the items marked "A" were held properly dutiable at the base rate of 90 cents each as watch movements more than 1 inch but less than 1.77 inches wide, and the items marked "B" were held dutiable at $1.20 each as watch movements more than $\%_{10}$ of 1 inch but not more than 1 inch wide under paragraph 367 (a) (1), as modified, *supra*.

BEFORE THE THIRD DIVISION, SEPTEMBER 18, 1951

**No. 55887.**—K. Nissan *v.* United States, protest 119173–K (New York).

Opinion by EKWALL, J.   It was stipulated that the merchandise consists of rugs and carpets exported from Iran between the dates of December 21, 1939, and September 26, 1941, and that the merchandise and issues are similar in all material respects to those involved in Abstract 54056.   In accordance with stipulation of counsel and pursuant to the instructions contained in T. D. 51892, the collector was directed to reliquidate the entries, converting the currency of the invoices, Iranian rials, to United States dollars at the rate of $.053475 as to all items, except as to the items covered by abandoned entry 31178, and as to any merchandise which was exported with benefit of drawback.